FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN 14 AM 10: 24

M. REGINA THOMAS
 ·CLERK
BY
DEPUTY CLERK

18-59166

Certificate Number: 03088-GAN-CC-031175034

03088-GAN-CC-031175034

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 13, 2018, at 9:20 o'clock AM CDT, Donna D Eaves received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: June 13, 2018              By:    /s/Crystal Towner

                                 Name:  Crystal Towner

                                 Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).